AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

FREDERICK CONNORS,

     Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:11-cv-00345-LRH-GWF**

UNITED STATES OF AMERICA, et al.,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint (Document No. 16) is DISMISSED without prejudice for failure to comply with the Court Order (Document No. 15).


   December 30, 2011                          **LANCE S. WILSON**
                                                        Clerk


                                                      /s/ Katie Lynn Ogden
                                                       Deputy Clerk